IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEWIS SUTTON<br><br>    v.<br><br>MARIROSA LAMAS, et al. | CIVIL ACTION<br><br>NO. 13-2240 |
|---|---|

## O R D ER

**AND NOW**, this 18th day of June, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and Petitioner's Objections, and for the reasons stated in the foregoing Memorandum, it is **ORDERED** that:

1. Petitioner's Objections are overruled.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for writ of habeas corpus is **DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2240 sutton v. lamas\13cv2240.061814.order.docx